AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America<br>v.<br>Trenten Edward Barker,<br><br>*Defendant* | )<br>)  Case No. 3:25-mj-00176<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  **Trenten Barker**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 844(f) - Arson of Federal Property
18 U.S.C. § 1361 - Depredation Against Federal Property

Date: June 25, 2025

*Youlee Yim You*
Issuing officer's signature

City and state: Portland, Oregon

Hon. Youlee Yim You, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 6/25/2025, and the person was arrested on *(date)* 6/27/25
at *(city and state)* OR.

Date: 6/30/25

Signing for PPB Officer Kill (Arresting officer)
St Cheesy Rodriguez (transporting)
*Arresting officer's signature*

*Printed name and title*