Peyton Lee, OSB # 164224
Assistant Federal Public Defender
E-mail: Peyton_Lee@fd.org
101 S.W. Main Street, Suite 1700
Portland, OR 97204
Tel. (503) 326-2123
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 3:25-mj-00176-1 |
| Plaintiff, | |
| v. | UNOPPOSED MOTION TO CONTINUE ARRAIGNMENT |
| TRENTEN EDWARD BARKER, | |
| Defendant. | |

    Defendant Trenten Edward Barker, by and through his attorney, Peyton Lee, moves this Court to continue the arraignment in the above-entitled case, which is presently scheduled for October 29, 2025, for an additional week to November 5, 2025, or a date thereafter convenient to the Court. AUSA Nicholas Meyers has indicated that he does not oppose this request.

    Mr. Barker understands that he has been accused by way of a criminal complaint with offenses under 18 U.S.C. § 844(f) and 18 U.S.C. § 1361 which are punishable by imprisonment for more than one year, and that under 18 U.S.C. § 3161(b) he has the right to a speedy indictment which requires the return of an indictment or filing of an information against him within thirty days of his arrest.

After receiving this advice at his initial appearance and through counsel, Mr. Barker waives his right to prosecution by speedy indictment and consents to prosecution by indictment or information at a later time.

Dated September 23, 2025.

                                            */s/ Peyton Lee*
                                            Peyton Lee, OSB # 164224